## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SLIVAK, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s) <br><br> v. <br><br> AMERICAN EQUITY PROPERTIES, Inc. <br><br> Defendant(s) | Civil Action No. 18-cv-3626 |

## NOTICE OF DISMISSAL

To the Clerk of Court:

    Please mark the above-captioned case dismissed with prejudice, pursuant to Local Rule 41.1(b).

## (SIGNATURE ON THE FOLLOWING PAGE)

1

2

Date: <u>May 16, 2019</u>　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　**KALIKHMAN & RAYZ, LLC**


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　Arkady "Eric" Rayz
　　　　　　　　　　　　　　　　　　　　1051 County Line Road, Suite "A"
　　　　　　　　　　　　　　　　　　　　Huntingdon Valley, PA 19006
　　　　　　　　　　　　　　　　　　　　Telephone: (215) 364-5030
　　　　　　　　　　　　　　　　　　　　Facsimile: (215) 364-5029
　　　　　　　　　　　　　　　　　　　　E-mail: erayz@kalraylaw.com

　　　　　　　　　　　　　　　　　　　　**CONNOLLY WELLS & GRAY, LLP**
　　　　　　　　　　　　　　　　　　　　Gerald D. Wells, III
　　　　　　　　　　　　　　　　　　　　Robert J. Gray
　　　　　　　　　　　　　　　　　　　　2200 Renaissance Blvd., Suite 275
　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　Telephone: (610) 822-3700
　　　　　　　　　　　　　　　　　　　　Facsimile: (610) 822-3800
　　　　　　　　　　　　　　　　　　　　Email: gwells@cwg-law.com
　　　　　　　　　　　　　　　　　　　　Email: rgray@cwg-law.com

　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff and the Proposed Class